NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000417
06-MAR-2018
12:26 PM

NO. CAAP-17-0000417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK OF NATIONAL TRUST COMPANY,
AS INDENTURE TRUSTEE FOR NEW CENTURY HOME
EQUITY LOAN TRUST 2006-1,
Plaintiff/Counterclaim Defendant-Appellee,
v.
FRANCIS SHICHIRO SATO, SONIA JEAN SATO,
Defendants/Cross-Claim Defendants-Appellants,
and
EDMOND KEOKI CHONG, III, RONA MOMI YAEKO YAMANOUCHI,
Defendants/Cross-Claim Defendants-Appellees,
and
BANK OF HAWAII,
Defendant/Counterclaim Plaintiff/
Cross-Claim Plaintiff-Appellee,
and
JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
and DOE GOVERNMENTAL UNITS 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2531)


ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 5, 2017, the court granted pro se Defendants/Cross-Claim Defendants-Appellants Francis Shichiro Sato's and Sonia Jean Sato's (the Satos) motion for relief from default and a first extension of time for the statement of jurisdiction and opening brief, and extended the statement of

jurisdiction and opening brief due dates to thirty days from the date of the order, which would have been November 6, 2017;

(2) The Satos did not file either document or request an extension of time;

(3) On January 24, 2018, the appellate clerk notified the Satos that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 5, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and any request for relief from default should be made by motion; and

(4) The Satos took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 6, 2018.

Presiding Judge

Associate Judge

Associate Judge